# United States District Court
### WESTERN DISTRICT OF WASHINGTON

WESTERN PROTECTORS INSURANCE
COMPANY, an Oregon corporation,

      PLAINTIFF

    v.

INSURANCE CORPORATION OF BRITISH
COLUMBIA,

      DEFENDANT

## JUDGMENT IN A CIVIL CASE

CASE NUMBER:  C08-5385FDB

_____ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X\_\_\_\_ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant Insurance Corporation of British Columbia's Motion to Dismiss
[Dkt. #9] is **GRANTED** for lack of subject matter and personal jurisdiction.

January 26, 2009

              BRUCE RIFKIN
                    Clerk

              /s/  Pat LeFrois

                    Deputy Clerk