UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WESTERN PROTECTORS INSURANCE COMPANY, | CV08-5385FDB |
| Plaintiff, | |
| vs | MINUTE ORDER |
| INSURANCE CORPORATION OF BRITISH COLUMBIA, | |
| Defendant. | |

NOW, on this 12th day of February, 2009, the Court directs the Clerk to enter the following Minute Order:

    Defendant's Motion to Publish [Dkt. 21] this Court's January 22, 2009 Order Granting Defendant's Motion to Dismiss is DENIED.

The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United States District Judge.

                                           **/s/ Pat LeFrois**
                                           Pat LeFrois
                                           Courtroom Deputy